UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PAUL MCKAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06-CV-267 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| RELIANCE STANDARD LIFE INSURANCE ) | |
| COMPANY, UNUMPROVIDENT ) | |
| CORPORATION, and UNUM ) | |
| LIFE INSURANCE COMPANY ) | |
| | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 47) and **AWARDS** Plaintiff attorney's fees in the amount of $17,300.00. The Court **GRANTS** Plaintiff's motions for attorney's fees (Court File No. 36, 39).

**SO ORDERED.**

**ENTERED:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**